UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY M. BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-00131 |
| | ) | |
| THE HONORABLE MARK T. ESPER | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
| Defendant. | | |

## **DECLARATION OF SERVICE OF COMPLAINT BY NOAH FONTANEZ**

I, Noah Fontanez, declare under penalty of perjury as follows:

1. I am over the age of eighteen and competent to testify to the facts and matters set forth in this Declaration. I am an attorney duly licensed and admitted to practice in Oklahoma and pro hac vice before the U.S. District Court for the District of Columbia.

2. I am counsel for Plaintiff Timothy Bennett in the above-captioned matter and I have personal knowledge of the facts set forth in this Declaration.

3. On January 18, 2019, Plaintiff filed his Complaint in this matter.

4. Pursuant to Fed.R.Civ.P. 4(i)(1)(B), Acting Attorney General for the United States, Matthew Whitaker, was served via certified mail on February 4, 2019 *(see* Proof of Service, attached hereto as **Exhibit A**).

5. To the best of my knowledge, Matthew Whitaker is not an infant, currently engaged in military service, or incompetent to receive service of process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Signature page follows]

EXECUTED: April 2, 2019

/s/ Noah Fontanez
Noah Fontanez, *pro hac vice*
DUNLAP BENNETT & LUDWIG PLLC
616 S. Boston Ave, Suite 300
Tulsa, OK 74119
P: (918) 779-0158
nfontanez@dbllawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing to all counsel of record.

/s/ Noah Fontanez
Noah Fontanez