# Exhibit A

# USPS Tracking®   FAQs  (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

**Tracking Number:** 70173040000047755930                              Remove ✕

**Expected Delivery on**

**MONDAY**
**4** FEBRUARY 2019 ⓘ | by **8:00pm** ⓘ

 **Delivered**
February 4, 2019 at 4:45 am
Delivered
WASHINGTON, DC 20530

Feedback

## Tracking History ⌃

**February 4, 2019, 4:45 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:45 am on February 4, 2019 in WASHINGTON, DC 20530.

**February 3, 2019, 11:01 am**
Available for Pickup
WASHINGTON, DC 20530

**February 3, 2019, 7:09 am**
Arrived at Hub
WASHINGTON, DC 20018

**February 2, 2019, 9:59 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 2, 2019, 4:11 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 1, 2019**
In Transit to Next Facility

**January 30, 2019, 7:03 pm**
Arrived at USPS Regional Origin Facility
TULSA OK DISTRIBUTION CENTER

**January 30, 2019, 4:30 pm**
Departed Post Office
GLENPOOL, OK 74033

**January 30, 2019, 10:11 am**
USPS in possession of item
GLENPOOL, OK 74033

Feedback

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Bennett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty General Matthew Whitaker
950 Pennsylvania Ave, NW
Washington, DC 20530

9590 9402 1379 5285 1085 28

2. Article Number (Transfer from service label)

7017 3040 0000 4775 5930

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
FEB 04 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ ____
☐ Return Receipt (electronic) $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required $ ____
☐ Adult Signature Restricted Delivery $ ____

Postmark
Here

Postage
$
Total Postage and Fees
$ 22.80

Sent To: Atty General Matthew Whitaker
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530

7017 3040 0000 4775 5930

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions